## ELLIS *v.* THE STATE OF IOWA.

UNDER the Code, the Supreme Court possesses no power to review an order or judgment in a criminal case, unless it is brought up by writ of error, as prescribed by section 3088.

In criminal cases appealed from a justice of the peace to the District Court, the defendant is not entitled to a trial on the merits, where the District Court finds that there was no error in the proceedings of the justice.

Judgment affirmed.